TRADERS' NATIONAL BANK OF ROCHESTER, Respondent, *v.* MOSES SHIRE, as Administrator of the Estate of JOHN HAMILTON, Deceased, Appellant.

*Traders' Nat. Bank of Rochester* v. *Shire,* 90 App. Div. 613, affirmed.
(Argued October 19, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

February 16, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Edward L. Jellinek* for appellant.

*James Breck Perkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.